IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVE FOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-cv-00961 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| WILSON COUNTY EMERGENCY ) | |
| MANAGEMENT AGENCY and ) | JURY DEMAND |
| WILSON COUNTY, TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice, stipulating to the voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice of all claims against Defendants. (Doc. No. 32.) Accordingly, the Court hereby **ORDERS** that this action be **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 2nd day of August, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT